UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMBER THOMPSON,

    Plaintiff,

v.

    Case No. 3:23-cv-1495-TJC-PDB

TRUEACCORD CORP,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendant TrueAccord Corp (Doc. 22), filed on February 3, 2025, this case is dismissed with prejudice. Each party shall bear its own costs and fees. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of February, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record